UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THORNCREEK APARTMENTS I, LLC, a foreign limited liability company, D/B/A THE LOFTS AT THORNCREEK; THORNCREEK MANAGEMENT, LLC, a foreign limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>VILLAGE OF PARK FOREST, an Illinois municipal corporation; TOM MICK, in his individual capacity and as Village Manager; MAE BRANDON, in her individual capacity and as Village Trustee; BONITA DILLARD, in her individual capacity and as Village Trustee; GARY KOPYCINSKI, in his individual capacity and as Village Trustee; KENNETH W. KRAMER, in his individual capacity and as Village Trustee; ROBERT MCCRAY, in his individual capacity and as Village Trustee; GEORGIA O'NEILL in her individual capacity and as Village Trustee; LAWRENCE KERESTES, in his individual capacity and as Village Director of Community Development; JOHN A. OSTENBURG, in his individual capacity and as mayor of the Village of Park Forest; SHEILA MCGANN, in her capacity as Village clerk only; and JOHN and JANE DOE, individual employees, officers, and/or agents of the Village of Park Forest,<br><br>    Defendants,<br><br>    Jointly and Severally. | Case Number:_____<br>Honorable:_____<br><br>**JURY DEMAND** |

**PLAINTIFFS' STATEMENTS OF DISCLOSURE AND
CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Plaintiffs, Thorncreek Apartments I, LLC and Thorncreek Management, LLC, through their undersigned counsel, file these statements of disclosure and corporate affiliations and financial interests:

### THORNCREEK APARTMENTS I, LLC

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   No.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has substantial financial interest in the outcome of the litigation?

   No.

### THORNCREEK MANAGEMENT, LLC

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   No.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has substantial financial interest in the outcome of the litigation?

   No.

                         SICILIANO MYCHALOWYCH
                         VAN DUSEN AND FEUL, PLC

                         By:___/s/ Andrew W. Mychalowych_____
                         Andrew W. Mychalowych
                         (Michigan Bar Number 39602)
                         Lindsay James
                         (Michigan Bar Number 66778)
                         37000 Grand River Avenue, Suite 350
                         Farmington Hills, MI 48335
                         248.442.0510
                         248.442.0518 (facsimile)
                         Attorneys for Plaintiffs

Dated: July 28, 2008