**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| THORNCREEK APARTMENTS I, LLC, et al. vs. VILLAGE OF PARK FOREST, et al. | 08 C 4303 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VILLAGE OF PARK FOREST, an Illinois Municipal corporation; TOM MICK, MAE BRANDON, BONITA DILLARD, GARY KOPYCINSKI, KENNETH W. KRAMER, ROBERT McCRAY, GEORGIA O'NEILL, LAWRENCE KERESTES, JOHN A OSTENBURG, and SHEILA McGANN

| NAME (Type or print) Patrick H. O'Connor |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Patrick H. O'Connor |
| FIRM <br> Hartigan & O'Connor P.C. |
| STREET ADDRESS <br> 20 North Clark Street, Suite 1250 |
| CITY/STATE/ZIP <br> Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06207351 | TELEPHONE NUMBER <br> 312/201-8880 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |
|---|