08-30-4903  ARDC No. 01144642

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THORNCREEK APARTMENTS I, LLC**, a foreign limited liability company, **D/B/A THE LOFTS AT THORNCREEK**; **THORNCREEK MANAGEMENT, LLC**, a foreign limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>**VILLAGE OF PARK FOREST**, an Illinois municipal corporation; **TOM MICK**, in his individual capacity and as Village Manager; **MAE BRANDON**, in her individual capacity and as Village Trustee; **BONITA DILLARD**, in her individual capacity and as Village Trustee; **GARY KOPYCINSKI**, in his individual capacity and as Village Trustee; **KENNETH W. KRAMER**, in his individual capacity and as Village Trustee; **ROBERT MCCRAY**, in his individual capacity and as Village Trustee; **GEORGIA O'NEILL** in her individual capacity and as Village Trustee; **LAWRENCE KERESTES**, in his individual capacity and as Village Director of Community Development; **JOHN A. OSTENBURG**, in his individual capacity and as mayor of the Village of Park Forest; **SHEILA MCGANN**, in her capacity as Village clerk only; and **JOHN** and **JANE DOE**, individual employees, officers, and/or agents of the Village of Park Forest,<br><br>    Defendants,<br><br>    Jointly and Severally. | Case Number: 08 C 4303<br>Honorable:_____<br><br>**JURY DEMAND** |

## JURY DEMAND

The undersigned, as Attorney for the Defendants, VILLAGE OF PARK FOREST, an Illinois Municipal corporation; TOM MICK, MAE BRANDON, BONITA DILLARD, GARY KOPYCINSKI, KENNETH W. KRAMER, ROBERT McCRAY, GEORGIA O'NEILL,

LAWRENCE KERESTES, JOHN A OSTENBURG, and SHEILA McGANN, demands trial by jury.

                                                  /s/Russell W. Hartigan_____  
                                                  Attorney for Defendant(s)

Russell W. Hartigan  
HARTIGAN & O'CONNOR P.C.  
222 North LaSalle Street, Suite 2150  
Chicago, IL  60601  
(312) 201-8880

I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

                                                  /s/Russell W. Hartigan _____  
                                                  Attorney for Defendant(s)

                Michael W. Dobbins, Clerk of the U.S. District Court, Northern District