08-30-4903                                                                                      ARDC No. 01144642

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **THORNCREEK APARTMENTS I, LLC**, a foreign limited liability company, **D/B/A THE LOFTS AT THORNCREEK**; **THORNCREEK MANAGEMENT, LLC**, a foreign limited liability company,<br><br>        Plaintiffs,<br>v.<br>**VILLAGE OF PARK FOREST**, an Illinois municipal corporation; **TOM MICK**, et al., | )<br>)<br>)<br>)<br>)<br>)  Case Number: 08 C 4303<br>)  Honorable:_____<br>)<br>)  **JURY DEMAND**<br>)<br>) |

**NOTICE OF FILING**

To:    **Lindsay Kennedy James,** ljames@smvf-law.com , **Andrew W. Mychalowych ,** amychalowych@smvf-law.com

        Please take notice that on this  20th  day of Aug. , 2008, we filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, our APPEARANCE, JURY DEMAND and ANSWER, copies of which are attached hereto and served upon you.

                                                                                    /s/Russell W. Hartigan_____

**PROOF OF SERVICE BY ELECTRONIC MAIL**
        The undersigned, being first duly sworn on oath, deposes and states that s/he served the above and foregoing Notice, together with a copy of the pleading(s) therein referred to, upon each party to whom it is directed, via electronic mail, on this  20th  day of August, 2008.

                                                                                    /s/Russell W. Hartigan_____

SUBSCRIBED and SWORN to before me this 20th day of August, 2008.

_____
Notary Public

Russell W. Hartigan
Patrick H. O'Connor
Michael R. Hartigan
HARTIGAN & O'CONNOR P.C.
20 North Clark Street, Suite 1250
Chicago, IL  60602
(312) 201-8880