# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THORNCREEK APARTMENTS I, LLC**, a foreign limited liability company, **D/B/A THE LOFTS AT THORNCREEK**; **THORNCREEK MANAGEMENT, LLC**, a foreign limited liability company,<br><br>         Plaintiffs,<br><br>v.<br><br>**VILLAGE OF PARK FOREST**, an Illinois municipal corporation; **TOM MICK**, in his individual capacity and as Village Manager; **MAE BRANDON**, in her individual capacity and as Village Trustee; **BONITA DILLARD**, in her individual capacity and as Village Trustee; **GARY KOPYCINSKI**, in his individual capacity and as Village Trustee; **KENNETH W. KRAMER**, in his individual capacity and as Village Trustee; **ROBERT MCCRAY**, in his individual capacity and as Village Trustee; **GEORGIA O'NEILL** in her individual capacity and as Village Trustee; **LAWRENCE KERESTES**, in his individual capacity and as Village Director of Community Development; **JOHN A. OSTENBURG**, in his individual capacity and as mayor of the Village of Park Forest; **SHEILA MCGANN**, in her capacity as Village clerk only; and **JOHN** and **JANE DOE**, individual employees, officers, and/or agents of the Village of Park Forest,<br><br>         Defendants,<br><br>         Jointly and Severally. | Case Number 08-CV-04303<br>Honorable Elaine E. Bucklo<br><br><br><br><br><br><br>**AGREED MOTION TO CONSOLIDATE FOR DISCOVERY PURPOSES ONLY AND TO ADJOURN STATUS CONFERENCE OF SEPTEMBER 19, 2008** |

**AGREED MOTION TO CONSOLIDATE FOR DISCOVERY PURPOSES ONLY
AND TO ADJOURN STATUS CONFERENCE OF SEPTEMBER 19, 2008**

NOW COME Plaintiffs and Defendants, by and through their attorneys, and for this their Agreed Motion to Consolidate For Discovery Purposes Only and to Adjourn Status Conference of September 19, 2008, do hereby state as follows to this Honorable Court:

1. There are currently two other separate and distinct matters which are pending in the US District Court for the Northern District of Illinois which involve all of the Defendants named herein. Those matters include the case entitled: *Village of Park Forest v. Thorncreek Apartments, II, LLC, et al.* Case No: 08-C-869, pending before Judge Norgle and *Thorncreek Apartments, III, LLC, et al. v. Village of Park Forest,* Case No: 08-C-1225, pending before Judge Darrah.

2. In those cases, the parties have agreed to consolidate **for discovery purposes only** under the case being presided over by Judge Darrah, (the Thorncreek III matter, Case No. 08-C-1225). The Thorncreek entities, (Thorncreek Apartments, I, LLC, -the Plaintiff in this case; Thorncreek Apartments II, LLC, the Defendant/Counter Plaintiff in the case pending before Judge Norgle; and Thorncreek Apartments, III, LLC, - the Plaintiffs in the case pending before Judge Darrah, are separate and distinct legal entities with different interests. Accordingly, the Thorncreek parties have objected to consolidation of these matters in their entirety.

3. However, the parties recognize that for purposes of conducting discovery, that it would be more efficient and in all of the parties' best interests to consolidate the matters for discovery purposes only.

4. Accordingly, prior to the filing of this instant litigation involving Thorncreek Apartments, I, LLC, the parties approached the Court in the other two pending cases and sought the entry of Orders consolidating the matters for discovery purposes only. Both Judge Darrah and Judge Norgle agreed to this approach and Orders were entered in both cases to that effect. Attached hereto as <u>Exhibit 1</u> is the Order entered by Judge Norgle in the Thonrcreek II matter consolidating the case for discovery purposes only with the case pending before Judge Darrah and setting forth applicable discovery cut off dates to govern that proceeding. Attached hereto as <u>Exhibit 2</u> is the similar Order entered by Judge Darrah.

5.      The parties are requesting, through this Agreed Motion, that this Honorable Court enter a similar Order as those which were entered in the matters pending before Judge Norgle and Judge Darrah and which are attached hereto as Exhibits 1 and 2.

6.      Attached hereto as Exhibit 3 is the proposed Order agreed upon by all of the parties in this action and which the parties request be entered by the Court.

7.      In addition, the parties request that in light of this Agreed Motion and Stipulated Order, that the Court adjourn the status conference as the parties have already held their Rule 26 Conference and have already exchanged Rule 26 disclosures in those cases and are in the process of proceeding with additional necessary discovery.

WHEREFORE, the Parties jointly request that the Court enter the Order attached hereto as Exhibit 3 and consolidate this matter with the other matters pending before Judge Norgle and Judge Darrah for discovery purposes only, as well as the adjourn the September 19, 2008 status conference.

| | |
|---|---|
| SICILIANO MYCHALOWYCH VAN DUSEN AND FEUL, PLC | ROBBINS, SCHWARTZ, NICHOLS, LIFTON & TAYLOR, LTD. |
| By: Andrew W. Mychalowych /s/_____ <br> Andrew W. Mychalowych (MI Bar # 36902) <br> Meghan W. Cassidy (MI Bar #P60356) <br> 37000 Grand River Avenue, Suite 350 <br> Farmington Hills, MI 48335 <br> 248.442.0510 <br> Attorneys for Plaintiffs <br> AMychalowych@smvf-law.com | By: M. Neal Smith  /s/_____ <br> M. Neal Smith   6284023 <br> 179 N. Chicago Street <br> Joliet, IL 60432 <br> (815) 722-6560 <br> Attorneys for Defendants |
| HARTIGAN & O'CONNOR P.C. <br> By: Russell W. Hartigan  /s/___ <br> Russell W. Hartigan  01144642 <br> 222 N. LaSalle St., Ste. 2150 <br> Chicago, IL  60601 <br> (312) 201-8880 <br> Attorneys for Defendants | |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THORNCREEK APARTMENTS I, LLC**, a foreign limited liability company, **D/B/A THE LOFTS AT THORNCREEK**; **THORNCREEK MANAGEMENT, LLC**, a foreign limited liability company,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>**VILLAGE OF PARK FOREST**, an Illinois municipal corporation; **TOM MICK**, in his individual capacity and as Village Manager; **MAE BRANDON**, in her individual capacity and as Village Trustee; **BONITA DILLARD**, in her individual capacity and as Village Trustee; **GARY KOPYCINSKI**, in his individual capacity and as Village Trustee; **KENNETH W. KRAMER**, in his individual capacity and as Village Trustee; **MCCRAY**, in his individual capacity and as Village Trustee; **GEORGIA O'NEILL** in her individual capacity and as Village Trustee; **LAWRENCE KERESTES**, in his individual capacity and as Village Director of Community Development; **JOHN A. OSTENBURG**, in his individual capacity and as mayor of the Village of Park Forest; **SHEILA MCGANN**, in her capacity as Village clerk only; and **JOHN** and **JANE DOE**, individual employees, officers, and/or agents of the Village of Park Forest,<br><br>　　　　Defendants,<br><br>　　　　Jointly and Severally. | Case Number 08-CV-04303<br>Honorable Elaine E. Bucklo |

## **NOTICE OF MOTION**

　　　PLEASE TAKE NOTICE that on September 17, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the parties shall appear before the Honorable Elaine E. Bucklo in Courtroom 1441 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present the Parties **AGREED MOTION TO CONSOLIDATE FOR DISCOVERY PURPOSES ONLY AND TO ADJOURN STATUS CONFERENCE OF SEPTEMBER 19, 2008** a copy of which is attached hereto and herewith served upon you.

SICILIANO MYCHALOWYCH
VAN DUSEN AND FEUL, PLC

By: <u>Andrew W. Mychalowych /s/</u>
Andrew W. Mychalowych (MI Bar # 36902)
Meghan W. Cassidy (MI Bar #P60356)
37000 Grand River Avenue, Suite 350
Farmington Hills, MI 48335
248.442.0510
Attorneys for Plaintiffs
AMychalowych@smvf-law.com

HARTIGAN & O'CONNOR P.C.
By: <u>Russell W. Hartigan /s/</u>
Russell W. Hartigan  01144642
222 N. LaSalle St., Ste. 2150
Chicago, IL  60601
(312) 201-8880
Attorneys for Defendants

ROBBINS, SCHWARTZ, NICHOLS,
LIFTON & TAYLOR, LTD.

By: <u>M. Neal Smith  /s/</u>
M. Neal Smith   6284023
179 N. Chicago Street
Joliet, IL 60432
(815) 722-6560
Attorneys for Defendants



## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VILGE OF PARK FOREST**, an Illinois municipal corporation, )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>**THORNCREEK APARTMENTS II, LLC**, a )<br>foreign limited liability company, **D/B/A THE** )<br>**LOFTS AT THORNCREEK** and **ATLANTIC** )<br>**MANAGEMENT CORPORATION**, )<br>a Michigan corporation, )<br>)<br>Defendants/Counter-Plaintiff. )<br>_____)<br>)<br>**THORNCREEK APARTMENTS II, LLC**, )<br>)<br>Third-Party-Plaintiff, )<br>v. )<br>)<br>**TOM MICK**, in his individual capacity and as )<br>Village Manager; **MAE BRANDON**, in her )<br>individual capacity and as Village Trustee; )<br>**BONITA DILLARD**, in her individual capacity )<br>and as Village Trustee; **GARY KOPYCINSKI**, )<br>in his individual capacity and as Village )<br>Trustee; **KENNETH W. KRAMER**, in his )<br>individual capacity and as Village Trustee; )<br>**ROBERT MCCRAY**, in his individual capacity )<br>and as Village Trustee; **GEORGIA O'NEILL** )<br>in her individual capacity and as Village )<br>Trustee; **LAWRENCE KERESTES**, in his )<br>individual capacity and as Village )<br>Director of Community Development; **JOHN** )<br>**A. OSTENBURG**, in his individual capacity and )<br>as mayor of the Village of Park Forest; **SHEILA** )<br>**MCGANN**, in her capacity as Village clerk only; )<br>and **JOHN** and **JANE DOE**, individual employees, )<br>officers, and/or agents of the Village of Park Forest, )<br>)<br>Third-Party-Defendants, )<br>Jointly and Severally. ) | Case No. 08 C 869<br><br>Hon. Charles R. Norgle<br><br>**STIPULATED SCHEDULING**<br>**ORDER AND ORDER TO**<br>**CONSOLIDATE FOR**<br>**DISCOVERY PURPOSES**<br>**ONLY AND ORDER VACATING**<br>**THE COURT'S ORDER OF**<br>**MARCH 4, 2008, D.E. #12** |

The Court having read the stipulation of the parties as set forth below, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the above captioned matter and the matter currently pending before Judge Darrah, entitled: *Thorncreek Apartments, III, LLC, et al. v. Village of Park Forest, et al*, USDC for the Northern District of Illinois Case No: 08-C-1225, be and is hereby consolidated **for discovery purposes only**. All discovery matters and disputes, including any issues relating to the dates set forth in this Order, in the aforementioned cases shall be filed under the matter pending before Judge Darrah and addressed by Judge Darrah and/or the Magistrate assigned to the matter pending before Judge Darrah.

**IT IS HEREBY FURTHER ORDERED** that the following dates shall govern the discovery to be undertaken by the parties:

1. Rule 26(f) Disclosures shall be exchanged on or before July 15, 2008.

2. Included with each parties' Rule 26(f) Disclosures on July 15, 2008, each party shall set forth in writing, the applicable retention policy as it pertains to both tangible documents and electronic discovery;

3. Each side of this dispute may take up to 25 depositions without leave of Court. Should any side determine that additional depositions are needed, the parties may agree to permit additional depositions or seek leave of Court in the absence of an agreement.

4. The parties will not begin to take depositions in this action until September 15, 2008. The parties shall make reasonable efforts to schedule depositions in blocks of time.

5. Expert reports shall be exchanged on or before January 30, 2009;

6. Expert depositions shall proceed in February, 2009;

7. Discovery shall close o April 1, 2009.

8. Upon the close of discovery, this Court shall set a briefing schedule with respect to any Motions for Summary Judgments;

9. The Court shall set any additional dates, including the trial date, at its discretion.

**IT IS HEREBY FURTHER ORDERED** that the Order previously entered by the Court on March 54, 2008, (Docket Entry #12), setting a discovery cut off date of August 31, 2008 be and is hereby vacated. 7-9-08

_____
DISTRICT COURT JUDGE

**STIPULATION:**

The undersigned parties participated in a Rule 26(f) Conference at which time it was discussed and agreed that the above captioned matter should be consolidated for discovery purposes only with the matter pending before Judge Darrah, entitled *Thorncreek Apartments, III, LLC, et al. v. Village of Park Forest, et al*, USDC for the Northern District of Illinois Case No: 08-C-1225. The parties appeared before Judge Darrah at the initial Status Conference on May 29, 2008 and presented the proposal of consolidating for discovery purposes only to Judge Darrah who agreed and consented. Judge Darrah directed the parties to contact the Honorable Judge Norgle and present the appropriate order for entry to consolidate the matters for discovery purposes only. The undersigned hereby stipulate to the foregoing order. Notice of entry waived.

| | |
|---|---|
| SICILIANO MYCHALOWYCH VAN DUSEN AND FEUL, PLC | ROBBINS, SCHWARTZ, NICHOLS, LIFTON & TAYLOR, LTD. |
| By: <u>Andrew W. Mychalowych /s/</u> | By: <u>M. Neal Smith /s/</u> |
| Andrew W. Mychalowych (MI Bar # 36902) | M. Neal Smith   6284023 |
| Meghan W. Cassidy (MI Bar #P60356) | 179 N. Chicago Street |
| 37000 Grand River Avenue, Suite 350 | Joliet, IL 60432 |
| Farmington Hills, MI 48335 | (815) 722-6560 |
| 248.442.0510 | Attorneys for Defendants |
| Attorneys for Plaintiffs | |
| AMychalowych@smvf-law.com | |

HARTIGAN & O'CONNOR P.C.

By: <u>Russell W. Hartigan /s/</u>
Russell W. Hartigan  01144642
222 N. LaSalle St., Ste. 2150
Chicago, IL 60601
(312) 201-8880
Attorneys for Defendants

HHW

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

THORNCREEK APARTMENTS III, LLC, a )
foreign limited liability company, D/B/A THE )
LOFTS AT THORNCREEK; THORNCREEK )
MANAGEMENT, LLC, a foreign limited liability )
company, )
 )
    Plaintiffs, )    Case Number 08-C-1225
 )    Honorable John W. Darrah
v. )
 )
VILLAGE OF PARK FOREST, an Illinois )
municipal corporation; TOM MICK, in his )
individual capacity and as Village Manager; )
MAE BRANDON, in her individual capacity )
and as Village Trustee; BONITA DILLARD, )
in her individual capacity and as Village Trustee; )
GARY KOPYCINSKI, in his individual capacity )
and as Village Trustee; KENNETH W. KRAMER,)    STIPULATED
in his individual capacity and as Village Trustee; )    SCHEDULING ORDER
ROBERT MCCRAY, in his individual capacity )    AND ORDER TO
and as Village Trustee; GEORGIA O'NEILL )    CONSOLIDATE FOR
in her individual capacity and as Village )    DISCOVERY PURPOSES
Trustee; LAWRENCE KERESTES, in his )    ONLY
individual capacity and as Village )
Director of Community Development; JOHN )
A. OSTENBURG, in his individual capacity and )
as mayor of the Village of Park Forest; SHEILA )
MCGANN, in her capacity as Village clerk only; )
and JOHN and JANE DOE, individual employees, )
officers, and/or agents of the Village of Park Forest, )
 )
    Defendants, )
 )
    Jointly and Severally. )
 )

    The Court having held an initial status conference on May 29, 2008, with counsel for all parties present, and the parties having reported that they have conferred pursuant to Federal Rule 26(f), it is hereby Ordered that the following dates shall govern these proceedings:

**IT IS HEREBY ORDERED** that the above captioned matter and the matter currently pending before Judge Norgle, entitled: *Village of Park Fores v. Thorncreek Apartments, II, LLC, et al.* USDC for the Northern District of Illinois Case No: 08-C-869, be and is hereby consolidated **for discovery purposes only.**

**IT IS HEREBY FURTHER ORDERED** that the following dates shall govern the discovery to be undertaken by the parties:

1. Rule 26(f) Disclosures shall be exchanged on or before July 15, 2008.

2. Included with each parties' Rule 26(f) Disclosures on July 15, 2008, each party shall set forth in writing, the applicable retention policy as it pertains to both tangible documents and electronic discovery;

3. Each side of this dispute may take up to 25 depositions without leave of Court. Should any side determine that additional depositions are needed, the parties may agree to permit additional depositions or seek leave of Court in the absence of an agreement.

4. The parties will not begin to take depositions in this action until September 15, 2008. The parties shall make reasonable efforts to schedule depositions in blocks of time.

5. Expert reports shall be exchanged on or before January 30, 2009;

6. Expert depositions shall proceed in February, 2009;

7. Discovery shall close o April 1, 2009.

8. Upon the close of discovery, the Court shall set a briefing schedule with respect to any Motions for Summary Judgments;

9. The Court shall set any additional dates, including the trial date, at its discretion.

DISTRICT COURT JUDGE  7/29/08

**STIPULATION:**

The undersigned having participated in the Rule 26(f) Conference and the parties having appeared before the Court at the initial Status Conference on May 29, 2008, hereby stipulate to the foregoing order. Notice of entry waived.

SICILIANO MYCHALOWYCH
VAN DUSEN AND FEUL, PLC

By: Andrew W. Mychalowych /s/
Andrew W. Mychalowych (MI Bar # 36902)
Meghan W. Cassidy (MI Bar #P60356)
37000 Grand River Avenue, Suite 350
Farmington Hills, MI 48335
248.442.0510
`Attorneys for Plaintiffs
AMychalowych@smvf-law.com

ROBBINS, SCHWARTZ, NICHOLS,
LIFTON & TAYLOR, LTD.

By: M. Neal Smith /s/
M. Neal Smith   6284023
179 N. Chicago Street
Joliet, IL 60432
(815) 722-6560
Attorneys for Defendants

HARTIGAN & O'CONNOR P.C.

By: Russell W. Hartigan /s/
Russell W. Hartigan  01144642
222 N. LaSalle St., Ste. 2150
Chicago, IL 60601
(312) 201-8880
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THORNCREEK APARTMENTS I, LLC**, a foreign limited liability company, **D/B/A THE LOFTS AT THORNCREEK**; **THORNCREEK MANAGEMENT, LLC**, a foreign limited liability company, <br><br>    Plaintiffs, <br><br>v. <br><br>**VILLAGE OF PARK FOREST**, an Illinois municipal corporation; **TOM MICK**, in his individual capacity and as Village Manager; **MAE BRANDON**, in her individual capacity and as Village Trustee; **BONITA DILLARD**, in her individual capacity and as Village Trustee; **GARY KOPYCINSKI**, in his individual capacity and as Village Trustee; **KENNETH W. KRAMER**, in his individual capacity and as Village Trustee; **ROBERT MCCRAY**, in his individual capacity and as Village Trustee; **GEORGIA O'NEILL** in her individual capacity and as Village Trustee; **LAWRENCE KERESTES**, in his individual capacity and as Village Director of Community Development; **JOHN A. OSTENBURG**, in his individual capacity and as mayor of the Village of Park Forest; **SHEILA MCGANN**, in her capacity as Village clerk only; and **JOHN** and **JANE DOE**, individual employees, officers, and/or agents of the Village of Park Forest, <br><br>    Defendants, <br><br>    Jointly and Severally. | Case Number 08-CV-04303 <br>Honorable Elaine E. Bucklo <br><br><br><br><br><br><br><br>**STIPULATED SCHEDULING ORDER AND ORDER TO CONSOLIDATE FOR DISCOVERY PURPOSES ONLY** |

The Court having granted the parties' Agreed Motion to Consolidate for Discovery Purposes Only and to Adjourn the September 19, 2008 Status Conference and the parties having reported pursuant to the stipulation below and as set forth in their Agreed Motion to Consolidate,

that they have conferred pursuant to Federal Rule 26, it is hereby Ordered that the following dates shall govern these proceedings:

**IT IS HEREBY ORDERED** that the above captioned matter and the matter currently pending before Judge Darrah, entitled: *Thorncreek Apartments, III, LLC, et al. v. Village of Park Forest, et al*, USDC for the Northern District of Illinois Case No: 08-C-1225, and the matter currently pending before Judge Norgle, entitled: *Village of Park Fores v. Thorncreek Apartments, II, LLC, et al.* USDC for the Northern District of Illinois Case No: 08-C-869, be and is hereby consolidated **for discovery purposes only**.

**IT IS HEREBY FURTHER ORDERED** that the following dates shall govern the discovery to be undertaken by the parties:

1. To the extent that any additional Rule 26(a) Disclosures are required by either party relative to the above captioned matter, which were not already previously exchanged, such disclosures shall be made on or before September 30, 2008.

2. Each side of this dispute may take up to 25 depositions without leave of Court. Should any side determine that additional depositions are needed, the parties may agree to permit additional depositions or seek leave of Court in the absence of an agreement.

3. The parties will not begin to take depositions in this action until September 15, 2008. The parties shall make reasonable efforts to schedule depositions in blocks of time.

5. Expert reports shall be exchanged on or before January 30, 2009;

6. Expert depositions shall proceed in February, 2009;

7. Discovery shall close o April 1, 2009.

8. Upon the close of discovery, the Court shall set a briefing schedule with respect to any Motions for Summary Judgments;

9. The Court shall set any additional dates, including the trial date, at its discretion.

**IT IS HEREBY FURTHER ORDERED** that the Status Conference currently scheduled for

September 19, 2008 be and is hereby adjourned.

						_____
						DISTRICT COURT JUDGE

**STIPULATION:**
The undersigned having participated in the Rule 26(f) Conference and the parties having filed the Agreed Motion to Consolidate For Discovery Purposes Only and to Adjourn the Status Conference of September 18, 2008, hereby stipulate to the foregoing order. Notice of entry waived.

| | |
|---|---|
| SICILIANO MYCHALOWYCH VAN DUSEN AND FEUL, PLC | ROBBINS, SCHWARTZ, NICHOLS, LIFTON & TAYLOR, LTD. |
| By: <u>Andrew W. Mychalowych /s/</u><br>Andrew W. Mychalowych (MI Bar # 36902)<br>Meghan W. Cassidy (MI Bar #P60356)<br>37000 Grand River Avenue, Suite 350<br>Farmington Hills, MI 48335<br>248.442.0510<br>`Attorneys for Plaintiffs<br>AMychalowych@smvf-law.com | By: <u>M. Neal Smith  /s/</u><br>M. Neal Smith   6284023<br>179 N. Chicago Street<br>Joliet, IL 60432<br>(815) 722-6560<br>Attorneys for Defendants |

HARTIGAN & O'CONNOR P.C.

By: <u>Russell W. Hartigan  /s/</u>
Russell W. Hartigan  01144642
222 N. LaSalle St., Ste. 2150
Chicago, IL  60601
(312) 201-8880
Attorneys for Defendants